Sharon Henderson, Esq.
SH # 3523
Essex-Newark Legal Services
5 Commerce Street, 4th Floor
Newark, New Jersey 07102
(973) 624-4500
Attorney for the Debtor/Plaintiff-Moises Rodriguez

IN RE:

**Moises Rodriguez**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CHAPTER 7
CASE NO. 23-17080/RG
Judge Rosemary Gambardella

**Moises Rodriguez**

      Plaintiff,

v.

Adversary Proceeding: 23-01334/RG

**U.S. Department of Education,**

      Defendants.

### STIPULATION OF VOLUNTARY DISMISSAL AGAINST UNITED STATES DEPARTMENT OF EDUCATION

It is hereby stipulated and agreed between the parties through their respective counsel that the above-captioned mater is voluntarily dismissed, without prejudice, against the defendant U.S. Department of Education, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which is made applicable herein by Federal Rule of Bankruptcy Procedure 7041.

Dated: June 6, 2024

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
DISTRICT OF NEW JERSEY

_____
Eamonn O'Hagan, AUSA
Attorney for U.S. Department of Education

Dated: June 6, 2024

MOISES RODRIGUEZ

_____
Sharon Henderson, Esq.
Attorney for Plaintiff